**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY OCHOA,

        Plaintiff,

  v.

COVINGTON AND BURLING LLP, A
MULTINATIONAL PARTNERSHIP,
et. al.,

        Defendants.

_____/

No. C 16-04848 WHA

**ORDER DISMISSING ACTION**

        The Court is in receipt of the plaintiff's notice of voluntary dismissal (Dkt. No. 18).  The action is hereby **DISMISSED**.

        **IT IS SO ORDERED.**

Dated:  October 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE